UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00012 |
| | ) | JUDGE CAMPBELL |
| JIMMY JAIL ABERNATHY | ) | |

ORDER

Pending before the Court is Defendant's Motion for Extension of Time to File Pretrial Motions (Docket No. 14). The Motion is GRANTED.

The deadline for filing any pretrial motions is extended to June 2, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE