UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00012 |
| | ) | JUDGE CAMPBELL |
| JIMMY ABERNATHY | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Allow Counsel To Re-Enter As An Attorney Of Record (Docket No. 28), filed by Mariah A. Wooten. The Motion is GRANTED. The suppression hearing, currently set for November 25, 2014, is CONTINUED until January 21, 2015, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE