UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00012 |
| | ) | JUDGE CAMPBELL |
| JIMMY ABERNATHY | ) | |

ORDER

Pending before the Court is the Defendant's Motion For A *Franks* Hearing (Docket No. 37). The Court will hear argument on the Motion at the hearing to consider his Motion To Suppress Evidence (Docket No. 20), scheduled for February 26, 2015, at 1:00 p.m. If the Defendant meets the standard set forth in *Franks v. Delaware*, 438 U.S. 154 (1978), the Court will hold the *Franks* hearing on the same day.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE