UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00012 |
| | ) | JUDGE CAMPBELL |
| JIMMY JAIL ABERNATHY | ) | |

## ORDER

The sentencing hearing in this case currently scheduled for March 2, 2016 at 9:00 a.m. is RESCHEDULED for March 2, 2016, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE